Gary L. Eastman, Esq. (CA BAR# 182518)
707 Broadway, Suite 1800
San Diego, CA 92101-5314
Phone: 619.230.1144
Facsimile: 619.230.1194
Attorney for Plaintiff
Alternative Care Consultants, Inc.

FILED
2008 MAY 21 AM 10: 24
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ______ DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Alternative Care Consultants, Inc, a California Corporation,<br><br>Plaintiff,<br>-v-<br><br>Gene Zell, an individual; 420 Medical Group, Inc., a California Corporation; Mediplex, Inc., a California Corporation; Text Game Show, Inc. a California Corporation; and<br>Does 1-20, inclusive,<br><br>Defendants. | Case No.: '08 CV 0899 BEN WMC<br><br>COMPLAINT FOR WILFULL COPYRIGHT INFRINGEMENT; STATUTORY UNFAIR COMPETITION; COMMON LAW UNFAIR COMPETITION; INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE; NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE; ACCOUNTING; PERMANENT INJUNCTION; and DEMAND FOR JURY TRIAL |

Plaintiff Alternative Care Consultants, Inc., hereinafter referred to as "ACC", alleges as follows:

**JURISDICTION AND VENUE**

1. This is a civil action for copyright infringement arising under the Copyright Act of 1976, 17 U.S.C. Sec. 501 et

ORIGINAL

seq., and this Court has exclusive jurisdiction under at least 28 U.S.C. §1338.

2. The court has jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331 and 1400.

3. Venue is proper pursuant to 28 U.S.C. § 1391.

**THE PARTIES**

Plaintiff

4. Plaintiff ACC is a Corporation, organized under the laws of the State of California.

5. ACC is a medical facilities management company, with its principal place of business at 4452 Park Blvd., Suite 314, San Diego, CA 92116.

6. ACC is in the business of providing medical professionals with office space for lease, and for providing medical record-keeping functions related to medicinal marijuana treatments.

7. ACC is well known in the relevant industry as "ACC SOCAL", and has established offices in San Diego, Los Angeles, Long Beach, and Palm Springs.

8. ACC has been providing medical professionals with office space for many years, and through this continuous business activity, has developed a very good reputation in the industry, and is widely known as a premier provider of these specialized services.

Defendants

9. ACC is informed and believes, and based thereon alleges that Defendant Gene Zell (hereinafter referred to as "ZELL") is an individual having a principal place of business of 800 South Flower Street, Los Angeles, California 91502.

10. ACC is informed and believes, and based thereon alleges, that 420 Medical Group, Inc. (hereinafter referred to as "420 Medical Group") is a California Corporation, having its principal place of business at 13267 Ventura Boulevard, Studio City, California 91604.

11. ACC is informed and believes, and based thereon alleges, that Mediplex, Inc. (hereinafter referred to as "Mediplex") is a California Corporation, also having its principal place of business at 13267 Ventura Boulevard, Studio City, California 91604.

12. ACC is informed and believes, and based thereon alleges, that Text Game Show, Inc. (hereinafter referred to as "Text Game Show") is a California Corporation, having its principal place of business at 800 South Flower Street, Los Angeles, California 91502.

13. All defendants are hereinafter collectively referred to as "DEFENDANTS," and any acts alleged to have been committed by DEFENDANTS may be considered to have been committed by

one or more, or all, of the individual defendants in this action.

14. ACC is informed and believes, and based thereon alleges, that each DEFENDANT is, and were at all times herein mentioned, the agent and/or employee of each other defendant, and in doing the things hereinafter alleged, was acting within the course and scope of such agency and/or employment.

15. ACC is further informed and believes, and thereon alleges, that each of the DEFENDANTS herein named gave consent to, ratified, and authorized the acts alleged herein to each of the remaining DEFENDANTS.

## STATEMENT OF FACTS COMMON TO ALL COUNTS

Creation of the Copyrighted Works

16. Over the past several years, ACC has created promotional materials to market its services to medical professionals, educate the public in the field of medicinal marijuana, and to promote its services to potential customers, doctors, and patients.

17. Each of these promotional materials involved a great deal of personal effort and research, and was uniquely created by Mr. Jonathan Arbel and Ms. Jennifer Maher as works for hire for ACC.

18. ACC's various works contain a substantial amount of material created by ACC's own skill, labor, and judgment, and therefore is copyrightable subject matter under the laws of the United States, and as provided under international laws.

19. At all times since the initial publication and distribution of the ACC promotional materials to the general public, the various ACC materials have acquired widespread recognition in the marketplace and identification in the minds of the consuming public.

20. ACC has developed several written promotional materials, and a detailed website to promote its business and educate the public, and copyright registration applications have been submitted for each of these items.

21. A table is presented in Exhibit 1 and shows the title of the work and the relevant copyright registration application information.

21. Exhibit 2 includes a copy of the United States Copyright Registration Application entitled ACC MEDICAL MARIJUANA SURVIVAL GUIDE along with the submitted work.

23. Exhibit 3 includes a copy of the United States Copyright Registration Application entitled ALTERNATIVE CARE CONSULTANTS WEBPAGE along with the submitted work.

22. ACC has complied in all respects with the Act of October 19, 1976, Title I Section 101, 90 Stat. 2541; 17 U.S.C. Sections 401-412, and all other laws governing copyright and secured the exclusive rights and privileges to the copyright of the various ACC works.

DEFENDANTS' Infringement Activities

23. ACC, on information and belief, and based thereon alleges, that Defendant ZELL surreptitiously gained proprietary information from one of ACC's medical facilities, and gained first-hand knowledge of ACC's business operations.

24. ACC, on information and belief, and based thereon alleges, that Defendant ZELL recognized the economic opportunity of providing similar services as ACC, and ventured to start his own medical marijuana services business.

25. On or about October 2007, ACC became aware that Defendant 420 Medical Group had launched a website located at www.420medicalgroup.com focusing on providing medicinal marijuana evaluations in the Los Angeles area.

25. A copy of the 420 Medical Group website, printed on October 30, 2007, is attached as Exhibit 4.

26. On or about the same date, ACC reviewed the website located at www.420medicalgroup.com, and discovered that much of

ACC's website had been impermissibly copied by ZELL for use with the Defendant 420 Medical Group clinics.

27. On October 31, 2007, ACC enlisted the assistance of Mr. Mark-Robert Bluemel, Esq., to write a Cease and Desist letter to Defendant 420 Medical Group demanding that they immediately remove all of the ACC materials from the website located at www.420medicalgroup.com. A copy of this letter is attached as Exhibit 5.

28. On or about November 5, 2007, Mr. Arbel, Director of Operations for ACC, telephoned 420 Medical Group, Inc., and spoke with ZELL. Mr. Arbel informed ZELL of the infringement, and demanded that 420 Medical Group immediately cease all copyright infringement activities and remove all ACC materials from its website.

29. In an apparent explanation as to the stark similarities of the 420 Medical Group website to the ACC website, ZELL admitted that he had copied the website because "he needed a quick webpage, and yours (ACC's) was a good one."

29. Mr. Arbel again demanded that all of ACC's content be removed from Defendant 420 Medical Group's website immediately, and their failure to cease all infringing activities would result in a copyright infringement action being brought against 420 Medical Group, Zell, and any other responsible parties.

30. ACC did not receive any written response from ZELL or 420 Medical Group, Inc., regarding the allegations of copyright infringement in Mr. Bluemel's letter.

31. Shortly after Mr. Bluemel's letter, ACC discovered that 420 Medical Group had made some very minor changes to its website, yet much of the content was still identically copied from ACC's website.

32. ACC, on information and belief, and based thereon alleges, ZELL became concerned of the infringement allegations raised by ACC, and started a new corporation, Mediplex, Inc. (hereinafter "MEDIPLEX") to continue the infringing activities.

33. Attached as Exhibit 3 is a portion of DEFENDANTS website located at www.420medicalgroup.com, dated November 21, 2007, which contained a significant portion of ACC's copyright works. In fact, on page 3 of this Exhibit, DEFEDANTS have left ACC's name as shown on the original copied text evidencing proof of DEFENDANTS' direct copying of ACC's website. (See handwritten arrows on left-hand margin)

**DEFENDANTS Continuing Acts of Infringement**

34. ACC has discovered that the despite the apparent transitions to the new corporate identity, the 420 Medical website remains substantially the same. In fact, entering

www.420medicalgroup.com into a browser results in the display of a homepage showing "420 MEDIPLEX, INC.", with a click-through link that redirects the web user to www.mediplexgroup.com, purportedly run by Mediplex, Inc.

35. Upon investigation by ACC, it was discovered that the MEDIPLEX website continues to contain a substantial amount of ACC's copyrighted website content. A copy of a portion of the MEDIPLEX website is attached as Exhibit 4.

36. In fact, referring to Exhibit 5, the extent of DEFENDANTS copying is clearly shown by a side-by-side comparison of the "Frequently Asked Questions" sections from both the ACC website and the MEDIPLEX website.

37. Specifically, by reviewing the side-by-side comparison, it is clear that substantially all of the eight-page exhibit is identical, and even includes ACC's typos and misspellings. Items of interest are marked in the right-hand margin with an asterisk. For instance, on pages 2, ACC's name is still present in the MEDIPLEX website. Also, on page 3, the word "recomendation" was misspelled by ACC, and copied verbatim by DEFENDANTS. Also, on page 6, ACC inadvertently wrote "the the", which was also copied verbatim by DEFENDANTS.

38. ZELL has been informed of the infringement of ACC's copyrights, and in blatant disregard for this knowledge,

ZELL, and through all DEFENDANTS, is continuing the infringement.

39. Through their repeated acts of copyright infringement, DEFENDANTS have demonstrated their acts are indeed willful violations of the copyright laws of the United States, entitling ACC to all remedies available under the law.

40. ACC is informed and believe, and based thereon alleges, that ZELL, though aware of the dispute and pendency of this action, continues his unauthorized use of ACC promotional products for his own personal gain.

41. ACC is informed and believes, and based thereon alleges, that DEFENDANTS, unless enjoined from continuing their aggressive infringement activities, will continue such activities to the detriment of ACC's copyrights.

42. Because of the existence of DEFENDANTS' infringing website, the market for ACC's services is being harmed, resulting in a severe economic hardship to the ACC.

43. DEFENDANTS, and each of them, knew that ACC would be financially damaged by the unauthorized duplication and use of their infringing website, and with malicious intent, have continuously and systematically infringed ACC's copyrights, with the express purpose of commercializing upon ACC's copyrights, and depriving ACC of the benefits of its business ventures.

**FIRST CLAIM FOR RELIEF**

**COPYRIGHT INFRINGEMENT**

44. ACC realleges each and every allegation set forth in paragraphs 1 through *, inclusive, and incorporates them herein by this reference.

45. The aforementioned acts of DEFENDANTS constitute numerous acts of statutory and common Copyright Infringement in violation of Title 17, United States Code, Section 1 et seq., including willful copyright infringement.

46. ACC is entitled to recover from DEFENDANTS the damages including attorney's fees that ACC will sustain and has sustained, statutory damages, any gains, profits, and advantages obtained by DEFENDANTS as a result of acts of infringement mentioned above. At present the amount of such damages, gains, profits, advantages cannot be fully ascertained by ACC.

**SECOND CLAIM FOR RELIEF**

**STATUTORY UNFAIR COMPETITION**

47. ACC realleges each and every allegation set forth in paragraphs 1 through *, inclusive, and incorporates them herein by this reference.

48. This account arises under the fair competition laws of the United States of America, Title 15, United States Code *§1125(a)*, commonly known as *§42(a) of the Lanham Act*.

49. By reason of DEFENDANTS ongoing infringements, ACC has sustained and continues to sustain substantial injury, loss and damage to their ownership rights in their Copyrights and business.

50. These wrongful acts have proximately caused and will continue to cause ACC substantial injury, including loss of customers, dilution of good will, confusion of existing potential customers, injury to reputation, and diminution of value to ACC works.

51. ACC is entitled to recover from DEFENDANTS the damages sustained as a result of DEFENDANTS' acts of unfair competition. ACC is presently unable to ascertain the full extent of the monetary damages that it has suffered by reason of DEFENDANTS acts of Federal Statutory Unfair Competition.

52. ACC is further entitled to recover from DEFENDANTS the gains, profits, and advantage that they have obtained as a result of their acts of unfair competition. ACC is

presently unable to ascertain the full extent of the monetary damages that they have suffered by reason of DEFENDANTS acts of Federal Statutory Unfair Competition.

**THIRD CLAIM FOR RELIEF**

**COMMON LAW UNFAIR COMPETITION**

53. ACC realleges each and every allegation set forth in paragraphs 1 through *, inclusive, and incorporates them herein by this reference.

54. This account arises under the unfair competition laws of the State of California. DEFENDANTS conduct alleged above constitutes unlawful, unfair, or fraudulent business practices, violation of California Business and Professions Code §§ 17200 et. seq. Jurisdiction is conferred upon the Court by 28 U.S.C. § 1338(b), and the Doctrine of Pendant Jurisdiction.

55. By reason of DEFENDANTS ongoing and threatened future infringements, ACC has sustained and continues to sustain substantial injury, loss and damage to their ownership rights in its Copyrights and business.

56. These wrongful acts have proximately caused and will continue to cause ACC substantial injury, including loss of customers, dilution of good will, confusion of existing

potential customers, injury to reputation, and diminution of value to ACC works.

57. ACC is entitled to recover from DEFENDANTS the damages sustained as a result of DEFENDANTS' acts of unfair competition. ACC is presently unable to ascertain the full extent of the monetary damages that they have suffered by reason of DEFENDANTS acts of Unfair Competition.

58. ACC is further entitled to recover from DEFENDANTS the gains, profits, and advantage that they have obtained as a result of their acts of unfair competition. ACC is presently unable to ascertain the full extent of the monetary damages that they have suffered by reason of DEFENDANTS acts of Unfair Competition.

**FOURTH CLAIM FOR RELIEF**

**INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE**

59. ACC realleges each and every allegation set forth in paragraphs 1 through *, inclusive, and incorporates them herein by this reference.

60. Jurisdiction is conferred upon the account by 28 U.S.C. § 1338(b) and the Doctrine of Pendant Jurisdiction.

61. ACC is and has been engaged in on-going business which involves acquiring the trust and confidence of customers and prospective customers and negotiating and performing

contracts, developing relationships leading to the sale of ACC services, and maintaining a valuable and substantial patronage and good will, and the resultant expectation of receiving future business out of said business relationships.

62. DEFENDANTS were aware of the substantial probability of future economic benefit to ACC as a result of such relationships.

63. DEFENDANTS, and each of them, also knew that causing to and interfering with these relationships would result in substantial damage to ACC.

64. ACC is informed and believes and based thereon alleges that on dates unknown to ACC that DEFENDANTS and each of them conspired to design and implement, designed and implemented, an intentional plan to scheme and disrupt the economic relations between ACC and its current or prospective customers.

65. ACC is informed and believes and based thereon alleges that such wrongful conduct of DEFENDANTS includes but is not limited to engaging in a business in competition with ACC with a malicious intent and design of obstructing and interfering with the successful operation of ACC's business.

66. ACC is informed and believes, and based thereon alleges that DEFENDANTS, and each of them, knew that their wrongful conduct would damage or destroy ACC relationship with current customers, and would likely deter potential future costumers from business interaction with ACC and further would damage or destroy ACC business reputation and good will.

67. The wrongful conduct of DEFENDANTS and each of them has resulted in substantial harm to ACC's business.

68. As a direct and proximate result of DEFENDANTS conduct, ACC has suffered injury and damage, including, but not limited to, injury to its trade, business, good will, and reputation.

69. ACC is informed and believe, and based thereon alleges, that the aforementioned acts by DEFENDANTS were willful, oppressive, and malicious. ACC therefore, is entitled to an award of punitive damages.

///

///

## FIFTH CLAIM FOR RELIEF

## NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

70. ACC realleges each and every allegation set forth in paragraphs 1 through *, inclusive, and incorporates them herein by this reference.

71. Jurisdiction is conferred upon the account by 28 U.S.C. § 1338(b) and the Doctrine of Pendant Jurisdiction.

72. ACC is and has been engaged in on-going business which involves acquiring the trust and confidence of customers and prospective customers and negotiating and performing contracts, developing relationships leading to the sale of ACC services, and maintaining a valuable and substantial patronage and good will, and the resultant expectation of receiving future business out of said business relationships.

73. DEFENDANTS were aware of the substantial probability of future economic benefit to ACC as a result of such relationships. DEFENDANTS, and each of them, also knew that causing to and interfering with these relationships would result in substantial damage to ACC.

74. ACC is informed and believes and based thereon alleges that on dates unknown to ACC that DEFENDANTS and each of them conspired to design and implement, designed and

implemented, an intentional plan to scheme and disrupt the economic relations between ACC and its current or prospective customers.

75. ACC are informed and believe and thereon allege that such wrongful conduct of DEFENDANTS includes but is not limited to engaging in a business in competition with ACC with a malicious intent and design of obstructing and interfering with the successful operation of ACC's business.

76. ACC is informed and believes, and thereon based thereon alleges that DEFENDANTS, and each of them, knew that their wrongful conduct would damage or destroy ACC's relationship with customers, and would likely deter potential future costumers from business interaction with ACC and further would damage or destroy ACC business reputation and good will.

77. The wrongful or negligent conduct of DEFENDANTS and each of them has resulted in substantial harm to ACC's business.

78. As a direct and proximate result of DEFENDANTS conduct, ACC has suffered injury and damage, including, but not limited to, injury to their trade, business, good will, and reputation.

///

///

**SIXTH CLAIM FOR RELIEF**

**ALTER EGO**

79. ACC realleges each and every allegation set forth in paragraphs 1 through *, inclusive, and incorporates them herein by this reference.

80. DEFENDANTS, and all of them, are under the exclusive and personal control of ZELL, and as a result, each corporate entity is to be considered the ALTER EGO of ZELL.

81. As each DEFENDANT is the alter ego of all other DEFENDANTS, DEFENDANTS are all jointly and severally liable for all acts alleged here.

**SEVENTH CLAIM FOR RELIEF**

**ACCOUNTING**

82. ACC realleges each and every allegation set forth in paragraphs 1 through *, inclusive, and incorporates them herein by this reference.

83. DEFENDANTS, and each of them, have engaged in numerous acts of copyright infringement and unfair competition.

84. ACC is entitled to an accounting of all DEFENDANTS' revenues generated through the unauthorized use of ACC materials.

**EIGHTH CLAIM FOR RELIEF**

**PRELIMINARY AND PERMANENT INJUNCTIONS, AND DAMAGES**

85. ACC realleges each and every allegation set forth in paragraphs 1 through *, inclusive, and incorporates them herein by this reference.

86. As is alleged in greater detail above, DEFENDANTS are continuing to benefit from the unauthorized use of ACC's materials, and which infringe on ACC's copyrights.

87. By reason of the acts of DEFENDANTS, ACC will continue to suffer irreparable harm and, unless DEFENDANTS are restrained from continuing their wrongful acts, damage to ACC will increase.

**Wherefore, ACC prays for judgment as follows:**

**FIRST CLAIM FOR RELIEF**

1. That DEFENDANTS' actions be adjudged in violation of the laws of the Copyright Laws of the United States of America, Title 17, United States Code;

2. That judgment be entered for ACC and against DEFENDANTS for ACC's actual damages according to proof, and for any profits attributable to infringements of ACC's copyrights in accordance with proof;

3. That judgment be entered for ACC against DEFENDANTS for statutory damages based upon DEFENDANTS acts of infringement pursuant to the Copyright Act of 1976, 17 U.S.C. §§ 101 et. seq.;

4. That DEFENDANTS be required to account for all gains, profits, and advantages derived from their acts of infringement and for their other violation of law;

5. That all of the gains, profits, and advantages derived by DEFENDANTS from their acts of infringement and other violation of law be deemed to be held in constructive trust for the benefit of ACC;

6. That DEFENDANTS pay to ACC the cost of this action and reasonable attorney's fees to be allowed to ACC by the Court;

**SECOND CLAIM FOR RELIEF**

1. That DEFENDANTS' actions be adjudged in violation of the laws of Federal Unfair Competition;

2. That DEFENDANTS be required to account for all gains, profits, and advantages derived from their acts of infringement and for their other violations of law;

3. That all of the gains, profits, and advantages derived by DEFENDANTS from their acts of infringement and for their

other violations of law be deemed to be held under construction trust of the benefit of ACC;

4. That DEFENDANTS pay to ACC the cost of this action and reasonable attorney's fees to be allowed to ACC by this Court;

5. That ACC have such other relief as is just;

**THIRD CLAIM FOR RELIEF**

1. That DEFENDANTS' actions be adjudged in violation of the common law principles of Unfair Competition;

2 That judgment be entered for ACC and against DEFENDANTS for ACC's actual damages according to proof and for any profits attributable to infringements of ACC's copyrights, and according to proof;

3. That DEFENDANTS be required to account for all gains, profits, and advantages derived by DEFENDANTS from their acts of infringement and other violations of law;

4. That all of the gains, profits, and advantages derived by DEFENDANTS from their acts of infringement and other violations of law be deemed to be held in constructive trust for the benefit of ACC;

5. For an award of punitive damages and amounts sufficient to punish DEFENDANTS and to make an example of them to deter future like conduct;

6. That DEFENDANTS pay to ACC the costs of this action and reasonable attorney's fees to be allowed to ACC by the Court;
7. That ACC have such other relief as is just;

**FOURTH CLAIM FOR RELIEF**

1. That DEFENDANTS' actions be adjudged to be an intentional interference with prospective economic advantage;
2. That judgment be entered for ACC and against DEFENDANT for ACC actual damages according to proof and for any profits attributable to infringement of ACC copyrights and according to proof;
3. That DEFENDANTS be required to account of all gains, profits, and advantages derived by defendants from their acts of infringement and other violations of law;
4. That all of the gains, profits, and advantages derived by DEFENDANTS from their acts of infringement and other violations of law be deemed to be held into constructive trust of the benefit of ACC;
5. That DEFENDANTS pay to ACC the costs of this action and reasonable attorney's fees to be allowed to the ACC by the Court;
6. That ACC have such other relief as is just;

**FIFTH CLAIM FOR RELIEF**

1. That DEFENDANTS' actions be adjudged to be a negligent interference with prospective economic advantage;
2. That judgment be entered for ACC and against DEFENDANT for ACC actual damages according to proof and for any profits attributable to infringement of ACC copyrights and according to proof;
3. That DEFENDANTS be required to account of all gains, profits, and advantages derived by defendants from their acts of infringement and other violations of law;
4. That all of the gains, profits, and advantages derived by DEFENDANTS from their acts of infringement and other violations of law be deemed to be held into constructive trust of the benefit of ACC;
5. That DEFENDANTS pay to ACC the costs of this action and reasonable attorney's fees to be allowed to the ACC by the Court;
6. That ACC have such other relief as is just;

**SIXTH CLAIM FOR RELIEF**

1. That DEFENDANTS' be adjudged to be the alter ego of all other defendants;
2. That judgment be entered for ACC and against all DEFENDANTS for ACC actual damages according to proof and for any

profits attributable to infringement of ACC copyrights and according to proof;

3. That DEFENDANTS be required to account of all gains, profits, and advantages derived by defendants from their acts of infringement and other violations of law;

4. That all of the gains, profits, and advantages derived by DEFENDANTS from their acts of infringement and other violations of law be deemed to be held into constructive trust of the benefit of ACC;

5. That DEFENDANTS pay to ACC the costs of this action and reasonable attorney's fees to be allowed to ACC by the Court; and

6. That ACC have such other relief as is just;

**SEVENTH CLAIM FOR RELIEF**

1. That DEFENDANTS' actions be adjudged to entitle ACC with an accounting for profits and damages against DEFENDANTS;

2. That judgment be entered for ACC and against DEFENDANT for ACC actual damages according to proof and for any profits attributable to infringement of ACC copyrights and according to proof;

3. That DEFENDANTS be required to account of all gains, profits, and advantages derived by defendants from their acts of infringement and other violations of law;

4. That all of the gains, profits, and advantages derived by DEFENDANTS from their acts of infringement and other violations of law be deemed to be held into constructive trust of the benefit of ACC;

5. That DEFENDANTS pay to ACC the costs of this action and reasonable attorney's fees to be allowed to the ACC by the Court;

6. That ACC have such other relief as is just;

**EIGHTH CLAIM FOR RELIEF**

1. For an Order instructing the SEIZURE and IMPOUND of all counterfeit ACC materials in the possession or under the control of DEFENDANTS;

2. For a preliminary injunction, and permanent injunction enjoining ALL DEFENDANTS and each of them and their agents, servants, and employees, and all persons acting under, and in concert with them, from copying, reproducing, preparing derivative works, printing, selling or otherwise distributing, any material which infringes upon ACC's copyrights.

Dated: April 28, 2008

Gary L. Eastman
Attorney for Plaintiff, ACC

**JURY TRIAL DEMANDED**

Plaintiff hereby requests trial by jury on all counts of this complaint.

Dated: April 28, 2008

Gary L. Eastman
Attorney for Plaintiff, ACC

EXHIBIT 1

TABLE OF COPYRIGHTED WORKS

| WORK | AUTHOR | STATUS |
|---|---|---|
| ACC SOCAL WEBSITE | Alternative Care Consultants, Inc. | Registered TX 6-831-201 |
| ACC SOCAL BROCHURE | Alternative Care Consultants, Inc. | Pending |

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

Registration Number:

TX 6-831-201

Effective date of registration:

February 6, 2008

## Title

Title of Work: ALTERNATIVE CARE CONSULTANTS WEBSITE

## Completion/Publication

Year of Completion: 2005

Date of 1st Publication: August 27, 2005

## Author

- Author: ALTERNATIVE CARE CONSULTANTS, INC.

Author Created: ENTIRE TEXT

Work made for hire: Yes

Citizen of: United States

Anonymous: No    Pseudonymous: No

## Copyright claimant

Copyright Claimant: ALTERNATIVE CARE CONSULTANTS, INC.

4452 PARK BOULEVARD, SUITE 314, SAN DIEGO, CA, 92116

## Limitation of copyright claim

Material excluded from this claim: Text of Prop 215, text of California Senate Bill 420, and testimonials

Previously registered: No

New material included in claim: All additional text

## Certification

Name: GARY L. EASTMAN, ESQ.

Date: February 4, 2008

Correspondence: Yes

EXHIBIT 2

COPY OF CEASE & DESIST LETTER TO 420 MEDICAL GROUP, INC.

(1 page)

# MARK-ROBERT BLUEMEL

ATTORNEY AT LAW
4452 PARK BLVD., SUITE # 203
SAN DIEGO, CA 92116
TEL (619) 220-0466
FAX (419) 735-6692
LEGALNEEDS@AOL.COM


October 31, 2007

**Sent Via US Mail**

420 Medical Group
13267 Ventura Blvd.
Studio City, CA 91604

**RE:** **Cease and Desist Further Copyright Violation**
***Alternative Care Consultants' Copyright***

Dear Sir or Madam:

This letter is to inform you that you must immediately cease and desist from your continued violation of our client's copyright. If you are represented by an attorney, please forward this correspondence to them.

As evidenced by your website, you have plagiarized and illegally reproduced material from Alternative Care Consultant's website. You must immediately cease and desist from any further use of this material AND contact this office to discuss the resolution of my client's claims against you.

If you do not stop your infringement, you may be liable for additional damages. My clients, Alternative Care Consultants, expended a great deal of time, money and effort in the creation of their web pages. You have simply stolen their content and unabashedly used it for your benefit. Please contact this office immediately to discuss this most serious matter. If you do not, there will be serious consequences.

Sincerely,

Mark-Robert Bluemel, Esq.

*MRB/jmb*

EXHIBIT 3

COPY OF PORTIONS OF 420 MEDICAL GROUP WEBSITE

Dated 11/21/2007

(12 pages)

# 420 Medical Group

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal | Patient FAQ's

Q- How do I become a legal patient in California?

A- Under California law, you must have a recommendation or approval for the medical use of cannabis from a licensed physician. A physician may write a recommendation for any condition for which cannabis provides relief. However, most physicians write recommendations for symptoms associated with AIDS, cancer, glaucoma, multiple sclerosis, chronic pain, and many other serious illnesses.

Q- Once I am a qualified patient will I receive a card?

A- Yes, if you qualify you will be issued a voluntary Medical Marijuana Patient Verification Card.

Q- Do I have to get the Medical Marijuana Patient Verification Card?

A- No, our card is voluntary. Qualified patients will also receive a written recommendation to act as proof of their medical evaluation.





# 420 Medical Group

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal | Patient FAQ's

Q- What if I change my mind and I decide to come back and get the card at another time?

A- No problem, the card is designed to serve you. You can come back and get a card made during office hours.
Q. What are the advantages of getting the Voluntary Medical Marijuana Patient Verification Card?

A- The advantages are numerous. The card fits conveniently in your pocket and is made of high quality, super durable plastic that's made to last. The card also contains a unique, ultra patented, anti-forgery system, making this card nearly impossible to duplicate. In some ways the card will make the paper recommendations obsolete. The card will act as photo verification for the card holder. This will let law enforcement or dispensaries know that the patient is a legitimate and legal medical marijuana patient under Prop 215 by HS 11362.5.

Q. Is this the CA State medical marijuana card?





420 Medical Group

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal | Patient FAQ's

A- No, with the exception of a few cities in Northern California, Los Angeles and Riverside County in Southern California, the state is not currently offering a medical marijuana card. This card was created by ACC to simplify the verification process. Now patients have a safe and convenient way to hold their recommendations in their wallet or pocket.

Q- Can I be evaluated at ACC if I'm not 18 years old or older?

A- No, you must be at least 18 years or older with valid proof of age and identification in order to qualify.

Q- Once I'm a legal Prop215 medical marijuana patient, what new rights do I have?

A- After obtaining your recommendation, you are legally entitled to grow, possess, consume, and transport cannabis as your medicine. This is only a California state law; the federal government does not recognize medical marijuana.





# 420 Medical Group

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal | Patient FAQ's

Q- I just failed a drug test. If I get a recommendation now, will it help me?

A- No, a recommendation from a doctor is valid only from the date written; therefore it would not relate to any past court dates or drug tests. A recomendation cannot and will not be backdated.

Q- My job drug tests employees. Can my boss fire me if he finds out that I use cannabis as a legal patient?

A- At 420 Medical Group we recommend that if you have questions regarding job drug testing, you should discuss those concerns with your employer or the Human Resources department. Ultimately, even if you are a legal medical marijuana patient in California, the status of your job after drug testing is up to your employer.





Case 3:08-cv-00899-BEN-WMC Document 1 Filed 05/21/2008 Page 37 of 73

420 Medical Group

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal | Patient FAQ's

Q- Once I get my recommendation from a physician what do I do with it?

A- Keep the original copy of your physician's letter of recommendation in a safe place. You may need it to prove your legal status following any encounter with law enforcement. You may also need it to obtain membership or to enter one of California's many medical cannabis dispensaries. You should carry a photocopy of your recommendation, or patient verification card whenever you carry your medicine.

Q- If I'm a medical marijuana patient and I failed a drug at work, what should I do?

A- Let your employer know that you are a legal patient under Proposition 215 Health and Safety Code 11362.5 and Senate Bill 420. Show him or her a copy of the laws if necessary. This situation





# 420 Medical Group

13267 Ventura Blvd · Studio City, CA 91604 · (818) 769-0420

Our Clinic | Legal | Patient FAQ's

is between the patient and the employer. It is up to the employer's discretion whether or not it would affect that patient's employment status. For more information please visit the Americans for Safe Access website at safeaccessnow.org, or the CA NORML chapter at canorml.org. Many patients consult a lawyer for legal advice.

Q- If I get a medical marijuana recommendation will my name be on a state or government list?

A- No, the physician keeps a copy of your records and you receive an original letter of recommendation and a copy. Your records remain safe and confidential with us. Your records can ONLY be released with your written consent. We DO NOT report patients to any state or federal agencies.

Q- How many plants can I grow once I become a medical marijuana patient?





# 420 Medical Group

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal | Patient FAQ's

A- The number of plants and quantity of medication you can possess varies from city to city. If your city or county does not have a higher limit, you may possess eight ounces of dried cannabis, six mature plants, or up to twelve immature plants. No city or county may adopt limits lower than these. We recommend that you check (SB420) for your local guidelines.

Q- Will medical insurance companies cover the cost of my evaluation and the cost of my medicine?

A- Unfortunately, at this time, medical insurance companies will not cover any of your evaluation or your medicine cost.

Q- If I become a legal patient, where and how will I get my Cannabis or medicine?

A- Unfortunately, we cannot give out nor discuss any information





420 Medical Group

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal | Patient FAQ's

regarding purchasing cannabis or medicine.

Q- I hear that there are a lot of dispensaries around California but I don't know where they are, how do I find them?

A- We get this question often, and it's a fair one. However, we cannot give out or discuss or give any information regarding purchasing cannabis or medicine.

Q- What if I've never seen a doctor, but I know that marijuana helps me with my condition? Should I still make an appointment?
A- It is understandable that some patients have no medical history or just can't find their medical records. In this situation the doctor can still conduct the evaluation. Based on the physician's discretion, the physician may give you a temporary recommendation or ask you to fulfill certain requirements before one can be issued to you. If you cannot fulfill the requirements that the doctor requested you may be denied.





420 Medical Group

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal | Patient FAQ's

Q- If I just can't get my paperwork, does that mean I won't be recommended marijuana as my medicine?

A- It is completely up to the doctor to make the determination. A clinic managers or the the physician may assist you in getting your medical records to the doctor. The physician may give you a temporary recommendation or ask you to fulfill certain requirements. If you cannot fulfill the requirements that the doctor requested you may be denied.

Please make every effort to bring some kind of medical documentation to the clinic. This could include X-rays, MRI's, prescriptions, physician letters, medications or any other documentation showing that you have been to a doctor and have been diagnosed with your condition.

Q- How do I get my physician to send me my records?





# 420 Medical Group

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420



A – You can follow these easy steps to get your medical records. Contact your physician or hospital where you received treatment. Inform them that you will be requesting your medical records. They will inform you on what steps you need to follow. Typically, you will need to provide your physician with a written authorization to release your records. Ask for your physician's fax number and fax your physician a release of medical records form.

Q- What if I receive a temporary recommendation will I have to pay again?

A- No, your initial fee covers one year of service with the physician. So you can come in for a follow up appointment up to one year at no cost to you.

Q- Does local and state law enforcement recognize medical marijuana and its patients?

A- To the delight of medical marijuana supporters, the California





# 420 Medical Group

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal | Patient FAQ's

A- To the delight of medical marijuana supporters, the California Highway Patrol has agreed to stop taking cannabis from motorists in routine traffic stops who have a doctor's recommendation. Attorney General Bill Lockyer affirmed that medical marijuana use is sanctioned by California law, despite a recent U.S. Supreme Court ruling. CHP officers were told in an Aug. 22 bulletin of the new policy, which now allows patients traveling on state highways to have as much as 8 ounces of marijuana if they had a certified user identification card or written approval from a physician.

Q- I'm ready, how do I become a legal medical marijuana patient?

A- It's easy, if you're ready to make an appointment call (818) 789-0420

Q- What is the online verification program that 420 Medical Group offers?





# 420 Medical Group

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal | Patient FAQ's

A- Patients can now be verified 24 hours a day, 365 days a year using our new secure online patient verification program. This online verification program will allow law enforcement and co-ops to verify a patients' status. The verification system is a quick, convenient and secure way for patients to be verified.

Q- I know that most doctor's offices are not open at night. What happens if my status as a patient needs to be verified after the 420 Medical Group office closes?

A- To better service our patients, we offer online patient verification available any time, 365 days a year. Our online patient verification program allows for quick, convenient and secure online patient verifications 24/7. If you choose to call or get verified by phone our offices are open until 9pm everyday.

<script src="http://www.google-analytics.com/urchin.js"





EXHIBIT 4

COPY OF PORTIONS OF 420 MEDICAL GROUP WEBSITE

Dated 1/3/2008

(16 pages)

MediPlex - Medical Marijuana Clinic. Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me i... | MediPlex - Medica... | Kimkins - Re:My NSV ...



# MediPlex, Inc

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

MediPlex, Inc provides affordable Medical Marijuana recommendations.

We believe in serving patients in a safe, comfortable, and professional environment. Patients are evaluated by a reliable, qualified and compassionate California licensed physician.

Our clinic is centrally located and is wheelchair accessible. To schedule an appointment for medical marijuana recommendation, please call:

**(818) 789-0420**



Read www.420medicalgroup.com

Start | AdvancedMD... | MediPlex... | Medical Reco... | Inbox - Micro... | PaperPort | Document1 ... | 1:51 PM

MediPlex - Medical Marijuana Clinic. Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me i... | MediPlex - Medica... | Kimkins - Re:My NSV ...

# MediPlex, Inc

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

Our clinic is centrally located and is wheelchair accessible. Inside you will find balanced with professional and comfortable environment. Enjoy watching your favorite Television program in our waiting area and complementary drinks & snacks. You will also find ample parking conveniently located close to our clinic.

Fee for the Clinic:

The physician fee for the clinic is $119. This means if you need a follow up appointment, there will be no extra charge to you for up to one year. Payment can be made in cash, credit or debit cards. Full payment is collected at the time of the visit.

Click on image to Zoom





Read svr04.sitecube.com

Start | AdvancedMD... | MediPlex... | Medical Reco... | Inbox - Micro... | PaperPort | Document1 ... | 1:51 PM

1/3/2008 1:48 PM Angel Deutschendorf

MediPlex - Medical Marijuana Clinic. Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me i... | MediPlex - Medica... | Kimkins - Re:My NSV...

## MediPlex, Inc

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

Arriving at the Clinic:

After arriving at the clinic, a well-trained and friendly clinic manager will greet you and have you start on your patient intake forms. It will take approximately 5 to 10 minutes to complete the application. You will also receive a patient information packet filled with practical information about the laws concerning medical marijuana, as well as patient resources that you may find helpful. The packet is designed to educate Medical Marijuana patients and have you leaving the clinic well prepared and educated. After you complete the paperwork, you will be go thru a complete physical check up with State Certified Physician about your past medical history and current medical condition.

Click on Image to Zoom



Read svr04.sitecube.com

Start | AdvancedMD... | MediPlex - Me... | Medical Reco... | Inbox - Micro... | PaperPort | Document1 - ... | 1:52 PM

MediPlex - Medical Marijuana Clinic. Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me i... | MediPlex - Medica... | Kimkins - Re:My NSV...

MediPlex, Inc

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

During an evaluation the physician will evaluate your medical records, discusses alternative treatment plans, and explains the effects and benefits of medical marijuana. You and the doctor will develop a plan for your use of medical cannabis. In some cases the physician may refer you to another doctor for an additional diagnosis or opinion. Please discuss your medical condition and address any medical questions you have with the physician.

Remember that Mediplex, Inc is a management service organization that provides the administrative and office support for physicians. Mediplex, Inc does not dispense any medications or giving out any medical advice. Only a licensed physician can address your medical questions.



Read svr04.sitecube.com

Start | AdvancedMD... | MediPlex - Me... | Medical Reco... | Inbox - Micro... | PaperPort | Document1 - ... | 1:52 PM

MediPlex - Medical Marijuana Clinic: Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Caccdatore (... | Kimkins - Re:Kick me i... | MediPlex - Medica... | Kimkins - Re:My NSV...

## MediPlex, Inc

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

Letter of Recommendation:

If you are qualified, you will be issued a letter of recommendation and a Medical Marijuana ID Card from the physician. This will be your proof that you are now a legal Medical Marijuana patient in California. You will be able to exercise all of the rights under Prop 215 and SB 420. As long as you act within the guidelines of the state law you will be able to consume, carry and grow cannabis legally in California. For more legal information on Prop 215 and SB 420 please visit: www.safeaccessnow.org

You will be able to legally integrate medical marijuana into your treatment plan. Your recommendation will be signed by the physician and embossed. We will give the patient





Read svr04.sitecube.com

start | AdvancedMD... | MediPlex - M... | Medical Reco... | Inbox - Micro... | PaperPort | Document1 ... | 1:52 PM

MediPlex - Medical Marijuana Clinic: Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Loading... | Gmail - Inbox (1) - a... | Chicken Caccdatore (... | Kimkins - Re:Kick me i... | MediPlex - Medica... | Kimkins - Re:My NSV...

## MediPlex, Inc

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

by the physician and embossed. We will give the patient their original recommendation. If you lose your original recommendation or ID Card, we can supply you with a replacement for a charge of $15.

We DO NOT report or turn in any lists to any Government or State agencies. Patient's records are strictly confidential and are stored in a very safe location. We strive to make this experience as comfortable and informative as possible for our patients. We strive to make a difference one patient at a time.





Read svr04.sitecube.com

start | AdvancedMD... | MediPlex - M... | Medical Reco... | Inbox - Micro... | PaperPort | Document1 ... | 1:53 PM

MediPlex - Medical Marijuana Clinic. Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me i... | MediPlex - Medica... | Kimkins - Re:My NSV...

# MediPlex, Inc

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

## Why Medical Marijuana is Legal

SB 420 Establishes New Prop 215 Guidelines, Voluntary Patient Identification Card System
Patients Allowed 6 Mature or 12 Immature Plants + 1/2 Pound of Processed Cannabis

A new bill establishing statewide guidelines for Prop. 215 enforcement takes effect on January 1, 2004. The bill, SB 420 by Sen. John Vasconcellos, was signed by outgoing Gov. Gray Davis just days after he lost the recall election.

SB 420, which reflects a compromise between patients' advocates and law enforcement, includes controversial new state guidelines regarding how much marijuana patients may grow and possess without being subject to arrest. It also includes a voluntary patient identification card system and other provisions to protect patients and their caregivers from arrest.





Read svr04.sitecube.com

start | AdvancedMD... | MediPlex - M... | Medical Reco... | Inbox - Micro... | PaperPort | Document1 - ... | 1:53 PM

MediPlex - Medical Marijuana Clinic. Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me i... | MediPlex - Medica... | Kimkins - Re:My NSV...

MediPlex, Inc

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

Why Medical Marijuana is Legal

The guidelines, which were hotly disputed by California NORML and other patients' advocates, allow patients up to 6 mature or 12 immature plants and up to one-half pound of dried, processed marijuana. Patient advocates had pushed for more liberal guidelines, such as those adopted by Sonoma County, which allow up to 99 plants in a 100 square foot growing area plus 3 pounds of marijuana. The final guidelines were decided in a last-minute legislative deal by Attorney General Lockyer and Sen. Vasconcellos in order to get the bill passed.

Exceptions to Guidelines
In recognition of the fact that the guidelines are inadequate for many very ill patients, SB 420 allows patients to be exempted from them if they obtain a physician's statement that they need more.

In deference to local autonomy, SB 420 also allows counties and cities to establish higher - but now lower - guidelines if they so





Read svr04.sitecube.com

start | AdvancedMD... | MediPlex - M... | Medical Reco... | Inbox - Micro... | PaperPort | Document1 - ... | 1:54 PM

MediPlex - Medical Marijuana Clinic. Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me i... | MediPlex - Medica... | Kimkins - Re:My NSV ...

MediPlex, Inc

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

## Why Medical Marijuana is Legal

choose. As a result, the new law will not overturn liberal guidelines that are now in effect in Sonoma and elsewhere. However, it should force more restrictive counties, such as San Bernardino and Fresno, which have heretofore had "zero tolerance" policies, to honor the new statewide minimum standard. Medical marijuana activists are lobbying other counties and cities that currently lack guidelines to override those in SB 420.

Limits Not Legally Binding on Guilt
Strictly speaking, the guidelines do not constitute hard and fast limits on how much patients may legally have. This is because Prop. 215 specifically allows patients whatever amount of marijuana they need for their own medical use, and Prop. 215 cannot be overridden by the legislature. Rather, the guidelines are supposed to protect patients from arrest, something that is nowhere guaranteed in Prop. 215 itself. Therefore, even though patients who exceed the limits are subject to arrest, they should still be able to defend themselves in court under





Read svr04.sitecube.com

Start | AdvancedMD... | MediPlex... | Medical Reco... | Inbox - Micro... | PaperPort | Document1 - ... 1:54 PM

MediPlex - Medical Marijuana Clinic. Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me i... | MediPlex - Medica... | Kimkins - Re:My NSV ...

MediPlex, Inc

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

Why Medical Marijuana is Legal

arrest, they should still be able to defend themselves in court under
Prop. 215. Nonetheless, defense attorneys are fearful that some courts will misinterpret the new law as an absolute limit and wrongfully convict patients for exceeding it They fully expect that further litigation will be needed to settle the matter in the higher courts.

SB 420 authorizes the Attorney General to *recommend* modifications to the guidelines pursuant to public consultation and comment no later than Dec. 1, 2005. California NORML and other patients' support groups intend to call on the Attorney General. to recommend new guidelines.

State to Establish Voluntary ID Card System
Identification cards under the new state program will be issued by county health departments. It will be at least a year before the system is up and running, since the state Department of Health Services must first work out the details. There will be registration fees





Read svr04.sitecube.com

Start | AdvancedMD... | MediPlex... | Medical Reco... | Inbox - Micro... | PaperPort | Document1 - ... 1:55 PM

MediPlex - Medical Marijuana Clinic. Get Legal for only $119 - Mozilla Firefox

http://www.420medicalgroup.com/

MediPlex, Inc

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

## Why Medical Marijuana is Legal

to cover the costs of the program, with a 50% discount for Medi-Cal patients. Registrations will be valid for one year. There will be a 24-hour telephone hotline by which law enforcement can verify the validity of the cards.

The system is designed with safeguards to protect patient privacy like the current San Francisco ID card system. Police will not be able to identify whether persons are medical marijuana patients by their name or address, but only by a unique identification number appearing on their card. Although some patient advocates have expressed qualms about the privacy of the new identification system, California NORML is recommending that patients register to protect themselves from arrest. Similar ID card programs have been in effect in other states for several years, with no reports of abuse.

Persons designated as "primary caregivers" will also be eligible for ID cards. Each patient may designate a single caregiver. Caregivers may receive reasonable compensation for their services. However,



Read svr04.sitecube.com

MediPlex - Medical Marijuana Clinic. Get Legal for only $119 - Mozilla Firefox

http://www.420medicalgroup.com/

MediPlex, Inc

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

Why Medical Marijuana is Legal

cultivation or distribution "for profit" are not authorized.

In a quirky provision, SB 420 forbids caregivers from having more than one patient unless all of them reside in the same "city or county" as the caregiver. This means that no one may be a caregiver for both a spouse and a parent if they happen to reside in different counties. California NORML attorneys believe that this is an unconstitutional restriction on Prop. 215 and intend to challenge it in court.

Other Provisions of SB 420
In other provisions, SB 420:

• Recognizes the right of patients and caregivers to associate to collectively or cooperatively to cultivate medical marijuana .

• Disallows marijuana smoking in no smoking zones, within 1000 feet of a school or youth center except in private residences, on schoolbuses, in a motor vehicle that is being operated, or while




Read svr04.sitecube.com

1/3/2008 1:48 PM Angel Deutschendorf

MediPlex - Medical Marijuana Clinic. Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me i... | MediPlex - Medica... | Kimkins - Re:My NSV ...

## MediPlex, Inc

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

### Why Medical Marijuana is Legal

operating a boat..

- Protects patients and caregivers from arrest for transportation and other miscellaneous charges not covered in 215.

- Allows probationers, parolees, and prisoners to apply for permission to use medical marijuana; however, such permission may be refused at the discretion of the authorities.

- Makes it a crime to fraudulently provide misinformation to obtain a card, to steal or misuse the card of another, to counterfeit a card, or to breach the confidentiality of patient records in the card program.

PROP. 215, the California Compassionate Use Act, was enacted by the voters and took effect on Nov. 6, 1996 as California Health &



Read svr04.sitecube.com

start | AdvancedMD... | MediPlex... | Medical Reco... | Inbox - Micro... | PaperPort | Document1 - ... | 1:56 PM

MediPlex - Medical Marijuana Clinic. Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Loading... | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me i... | MediPlex - Medica... | Kimkins - Re:My NSV ...

## MediPlex, Inc

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

### Why Medical Marijuana is Legal

Safety Code 11362.5. The law removes criminal penalties for personal use possession and cultivation of marijuana for medical purposes by patients (and their designated "primary caregivers") who have a physician's recommendation or approval.

WHAT OFFENSES HAVE A MEDICAL EXCEPTION?

Prop. 215 explicitly covers marijuana possession and cultivation (Health and Safety Code Sections 11357 and 11358) for personal medical use. Hashish and concentrated cannabis, including edibles, (HSC 11357a) are also included. Transportation (HSC 11360) has also been allowed by some courts, and will be covered for state cardholders under SB 420. Within the context of a bona fide caregiver relationship and quantity limits, SB 420 provides qualified protection against charges for possession for sale (11359); transportation, sale, giving away, furnishing, etc. (11360); providing




Read svr04.sitecube.com

start | AdvancedMD... | MediPlex... | Medical Reco... | Inbox - Micro... | PaperPort | Document1 - ... | 1:56 PM

1/3/2008 1:48 PM Angel Deutschendorf

MediPlex - Medical Marijuana Clinic: Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me i... | MediPlex - Medica... | Kimkins - Re:My NSV ...

MediPlex, Inc

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

Why Medical Marijuana is Legal

transportation, sale, giving away, furnishing, etc. (11360); providing or leasing a place for distribution of a controlled substance (11366.5, 11570).

WHO IS PROTECTED BY PROP. 215?

Patients with a physician's recommendation and their primary caregivers, defined as, "The individual designated by the person exempted under this act who has consistently assumed responsibility for the housing, health, or safety of that person." Examples: spouse or partner, professional caregiver or nurse. Prop. 215 does not recognize multiple caregivers (despite this, the S.F. Health Department I.D. card program allows patients to record multiple caregivers). Caregivers may have more than one patient. However, SB 420 restricts individual caregivers to no more than one patient outside their own "city or county" (it's not clear whether this allows multiple patients from different cities within the same county).





Read svr04.sitecube.com

start | AdvancedMD... | MediPlex - M... | Medical Reco... | Inbox - Micro... | PaperPort ... | Document1 ... | 1:57 PM

MediPlex - Medical Marijuana Clinic: Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me i... | MediPlex - Medica... | Kimkins - Re:My NSV ...

MediPlex, Inc

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

Frequently Asked Questions

Q- How do I become a legal patient in California?

A- Under California law, you must have a recommendation or approval for the medical use of cannabis from a licensed physician. A physician may write a recommendation for any condition for which cannabis provides relief. However, most physicians write recommendations for symptoms associated with AIDS, cancer, glaucoma, multiple sclerosis, chronic pain, and many other serious illnesses.

Q- Once I am a qualified patient will I receive a card?

A- Yes, if you qualify you will be issued a voluntary Medical Marijuana Patient Verification Card.

Q- Do I have to get the Medical Marijuana Patient Verification Card?

A- No, our card is voluntary. Qualified patients will also receive a written recommendation to act as proof of their medical evaluation.






Read svr04.sitecube.com

start | AdvancedMD... | MediPlex - M... | Medical Reco... | Inbox - Micro... | PaperPort ... | Document1 ... | 1:57 PM

1/3/2008 1:48 PM Angel Deutschendorf

MediPlex - Medical Marijuana Clinic: Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me i... | MediPlex - Medica... | Kimkins - Re:My NSV

MediPlex, Inc

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

Frequently Asked Questions

Q- What if I change my mind and I decide to come back and get the card at another time?

A- No problem, the card is designed to serve you. You can come back and get a card made during office hours.

Q. What are the advantages of getting the Voluntary Medical Marijuana Patient Verification Card?

A- The advantages are numerous. The card fits conveniently in your pocket and is made of high quality, super durable plastic that's made to last. The card also contains a unique, ultra patented, anti-forgery system, making this card nearly impossible to duplicate. In some ways the card will make the paper recommendations obsolete. The card will act as photo verification for the card holder. This will let law enforcement or dispensaries know that the patient is a legitimate and legal medical marijuana patient under Prop 215 by HS 11362.5.

Q. Is this the CA State medical marijuana card?



Read svr04.sitecube.com

start | AdvancedMD... | MediPlex, Inc... | Medical Reco... | Inbox - Micro... | PaperPort | Document1... | 1:58 PM

MediPlex - Medical Marijuana Clinic: Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me i... | MediPlex - Medica... | Kimkins - Re:My NSV

MediPlex, Inc

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

Frequently Asked Questions

Q. Is this the CA State medical marijuana card?

A- No, with the exception of a few cities in Northern California, Los Angeles and Riverside County in Southern California, the state is not currently offering a medical marijuana card. This card was created by ACC to simplify the verification process. Now patients have a safe and convenient way to hold their recommendations in their wallet or pocket.

Q- Can I be evaluated at ACC if I'm not 18 years old or older?

A- No, you must be at least 18 years or older with valid proof of age and identification in order to qualify.

Q- Once I'm a legal Prop215 medical marijuana patient, what new rights do I have?

A- After obtaining your recommendation, you are legally entitled to grow, possess, consume, and transport cannabis as your medicine. This is only a California state law; the federal government does not



Read svr04.sitecube.com

start | AdvancedMD... | MediPlex, Inc... | Medical Reco... | Inbox - Micro... | PaperPort | Document1... | 1:58 PM

MediPlex - Medical Marijuana Clinic. Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me i... | MediPlex - Medica... | Kimkins - Re:My NSV ...

**MediPlex, Inc**

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

## Frequently Asked Questions

recognize medical marijuana.

Q- I just failed a drug test. If I get a recommendation now, will it help me?

A- No, a recommendation from a doctor is valid only from the date written; therefore it would not relate to any past court dates or drug tests. A recomendation cannot and will not be backdated.

Q- My job drug tests employees. Can my boss fire me if he finds out that I use cannabis as a legal patient?

A- At 420 Medical Group we recommend that if you have questions regarding job drug testing, you should discuss those concerns with your employer or the Human Resources department. Ultimately, even if you are a legal medical marijuana patient in California, the status of your job after drug testing is up to your employer.





Read svr04.sitecube.com

start | AdvancedMD... | MediPlex - M... | Medical Reco... | Inbox - Micro... | PaperPort... | Document1 - ... | 1:59 PM

MediPlex - Medical Marijuana Clinic. Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me i... | MediPlex - Medica... | Kimkins - Re:My NSV ...

**MediPlex, Inc**

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

## Frequently Asked Questions

Q- Once I get my recommendation from a physician what do I do with it?

A- Keep the original copy of your physician's letter of recommendation in a safe place. You may need it to prove your legal status following any encounter with law enforcement. You may also need it to obtain membership or to enter one of California's many medical cannabis dispensaries. You should carry a photocopy of your recommendation, or patient verification card whenever you carry your medicine.

Q- If I'm a medical marijuana patient and I failed a drug at work, what should I do?

A- Let your employer know that you are a legal patient under Proposition 215 Health and Safety Code 11362.5 and Senate Bill 420. Show him or her a copy of the laws if necessary. This situation





Read svr04.sitecube.com

start | AdvancedMD... | MediPlex - M... | Medical Reco... | Inbox - Micro... | PaperPort... | Document1 - ... | 1:59 PM

1/3/2008 1:48 PM Angel Deutschendorf

MediPlex - Medical Marijuana Clinic. Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me l... | MediPlex - Medica... | Kimkins - Re:My NSV

## MediPlex, Inc

13267 Ventura Blvd • Studio City, CA 91604 • (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

### Frequently Asked Questions

is between the patient and the employer. It is up to the employer's discretion whether or not it would affect that patient's employment status. For more information please visit the Americans for Safe Access website at safeaccessnow.org, or the CA NORML chapter at canorml.org. Many patients consult a lawyer for legal advice.

Q- If I get a medical marijuana recommendation will my name be on a state or government list?

A- No, the physician keeps a copy of your records and you receive an original letter of recommendation and a copy. Your records remain safe and confidential with us. Your records can ONLY be released with your written consent. We DO NOT report patients to any state or federal agencies.

Q- How many plants can I grow once I become a medical marijuana patient?



Read svr04.sitecube.com

Start | AdvancedMD... | MediPlex - M... | Medical Reco... | Inbox - Micro... | PaperPort | Document1 - ... | 1:59 PM

MediPlex - Medical Marijuana Clinic. Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me l... | MediPlex - Medica... | Kimkins - Re:My NSV

MediPlex, Inc

13267 Ventura Blvd • Studio City, CA 91604 • (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

Frequently Asked Questions

A- The number of plants and quantity of medication you can possess varies from city to city. If your city or county does not have a higher limit, you may possess eight ounces of dried cannabis, six mature plants, or up to twelve immature plants. No city or county may adopt limits lower than these. We recommend that you check (SB420) for your local guidelines.

Q- Will medical insurance companies cover the cost of my evaluation and the cost of my medicine?

A- Unfortunately, at this time, medical insurance companies will not cover any of your evaluation or your medicine cost.

Q- If I become a legal patient, where and how will I get my Cannabis or medicine?

A- Unfortunately, we cannot give out nor discuss any information regarding purchasing cannabis or medicine



Read svr04.sitecube.com

Start | AdvancedMD... | MediPlex - M... | Medical Reco... | Inbox - Micro... | PaperPort | Document1 - ... | 2:00 PM

1/3/2008 1:48 PM Angel Deutschendorf

MediPlex - Medical Marijuana Clinic. Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me i... | MediPlex - Medica... | Kimkins - Re:My NSV...

**MediPlex, Inc**

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

Frequently Asked Questions

regarding purchasing cannabis or medicine.

Q- I hear that there are a lot of dispensaries around California but I don't know where they are, how do I find them?

A- We get this question often, and it's a fair one. However, we cannot give out or discuss or give any information regarding purchasing cannabis or medicine.

Q- What if I've never seen a doctor, but I know that marijuana helps me with my condition? Should I still make an appointment?
A- It is understandable that some patients have no medical history or just can't find their medical records. In this situation the doctor can still conduct the evaluation. Based on the physician's discretion, the physician may give you a temporary recommendation or ask you to fulfill certain requirements before one can be issued to you. If you cannot fulfill the requirements that the doctor requested you may be denied.

Click on Image to Zoom





Read svr04.sitecube.com

start | AdvancedMD... | MediPlex - M... | Medical Reco... | Inbox - Micro... | PaperPort | Document1 - ... 2:00 PM

MediPlex - Medical Marijuana Clinic. Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me i... | MediPlex - Medica... | Kimkins - Re:My NSV...

**MediPlex, Inc**

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

Frequently Asked Questions

denied.
Q- If I just can't get my paperwork, does that mean I won't be recommended marijuana as my medicine?

A- It is completely up to the doctor to make the determination. A clinic managers or the the physician may assist you in getting your medical records to the doctor. The physician may give you a temporary recommendation or ask you to fulfill certain requirements. If you cannot fulfill the requirements that the doctor requested you may be denied.

Please make every effort to bring some kind of medical documentation to the clinic. This could include X-rays, MRI's, prescriptions, physician letters, medications or any other documentation showing that you have been to a doctor and have been diagnosed with your condition.

Q- How do I get my physician to send me my records?





Read svr04.sitecube.com

start | AdvancedMD... | MediPlex - M... | Medical Reco... | Inbox - Micro... | PaperPort | Document1 - ... 2:00 PM

1/3/2008 1:48 PM Angel Deutschendorf

MediPlex - Medical Marijuana Clinic. Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me i... | MediPlex - Medica... | Kimkins - Re:My NSV

**MediPlex, Inc**

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

## Frequently Asked Questions

A – You can follow these easy steps to get your medical records. Contact your physician or hospital where you received treatment. Inform them that you will be requesting your medical records. They will inform you on what steps you need to follow. Typically, you will need to provide your physician with a written authorization to release your records. Ask for your physician's fax number and fax your physician a release of medical records form.

Q- What if I receive a temporary recommendation will I have to pay again?

A- No, your initial fee covers one year of service with the physician. So you can come in for a follow up appointment up to one year at no cost to you.

Q- Does local and state law enforcement recognize medical marijuana and its patients?

A- To the delight of medical marijuana supporters, the California Highway Patrol has agreed to stop taking cannabis from motorists in





Read svr04.sitecube.com

Start | AdvancedMD... | MediPlex... | Medical Reco... | Inbox - Micro... | PaperPort | Document1 | 2:01 PM

MediPlex - Medical Marijuana Clinic. Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me i... | MediPlex - Medica... | Kimkins - Re:My NSV

**MediPlex, Inc**

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

Frequently Asked Questions

A- To the delight of medical marijuana supporters, the California Highway Patrol has agreed to stop taking cannabis from motorists in routine traffic stops who have a doctor's recommendation. Attorney General Bill Lockyer affirmed that medical marijuana use is sanctioned by California law, despite a recent U.S. Supreme Court ruling. CHP officers were told in an Aug. 22 bulletin of the new policy, which now allows patients traveling on state highways to have as much as 8 ounces of marijuana if they had a certified user identification card or written approval from a physician.

Q- I'm ready, how do I become a legal medical marijuana patient?

A- It's easy, if you're ready to make an appointment call (818) 789-0420

Q- What is the online verification program that 420 Medical Group offers?





Read svr04.sitecube.com

Start | AdvancedMD... | MediPlex... | Medical Reco... | Inbox - Micro... | PaperPort | Document1 | 2:01 PM

MediPlex - Medical Marijuana Clinic. Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me l... | MediPlex - Medica... | Kimkins - Re:My NSV...

# MediPlex, Inc

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

## Frequently Asked Questions

A- Patients can now be verified 24 hours a day, 365 days a year using our new secure online patient verification program. This online verification program will allow law enforcement and co-ops to verify a patients' status. The verification system is a quick, convenient and secure way for patients to be verified.

Q- I know that most doctor's offices are not open at night. What happens if my status as a patient needs to be verified after the 420 Medical Group office closes?

A- To better service our patients, we offer online patient verification available any time, 365 days a year. Our online patient verification program allows for quick, convenient and secure online patient verifications 24/7.

If you choose to call or get verified by phone our offices are open until 9pm everyday.





Read svr04.sitecube.com

start | AdvancedMD... | MediPlex - M... | Medical Reco... | Inbox - Micro... | PaperPort | Document1 | 2:02 PM

MediPlex - Medical Marijuana Clinic. Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me l... | MediPlex - Medica... | Kimkins - Re:My NSV...

# MediPlex, Inc

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

## 7 Questions You Must Ask

Medical Marijuana industry has evolved over the last 11 years in California. Along with it came unethical practices....

Many doctors and clinics charge an astronomical price for their so called services and yet all they really provide the patient with is a piece of paper that states the doctor thinks you should be allowed to consume Medical Marijuana in State of California.

Other doctors and clinics charge you a very small fee ($80 to $100) but the price comes with a catch that you must comeback in 30 to 90 days to pay the same fee again in order for their Medical Marijuana recommendation to maintain legal.

This is a very unscrupulous way to make a living and yet we keep receiving phone calls from patients who have been scammed.

Be also aware of "Free Pre-Qualifications", all you will hear is that you are qualified long as you pay a fee.........

Mediplex, Inc is proud to offer Medical Marijuana patients with the right tools and material in order for the patient to be fully compliant with California Medical Marijuana laws and regulations.

Read svr04.sitecube.com

start | AdvancedMD... | MediPlex - M... | Medical Reco... | Inbox - Micro... | PaperPort | Document1 | 2:02 PM

1/3/2008 1:48 PM Angel Deutschendorf

MediPlex - Medical Marijuana Clinic. Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me i... | MediPlex - Medica... | Kimkins - Re:My NSV...

## MediPlex, Inc

13267 Ventura Blvd • Studio City, CA 91604 • (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

### 7 Questions You Must Ask

To help you choose the right Medical Marijuana Clinic we have prepared the following 7 questions that you should ask before scheduling an appointment with any Medical Marijuana Clinic or Doctor.

1) How much do you charge for Medical Marijuana Evaluation?
2) Is the Doctor licensed by the California State Medical Board?
3) How long is the Medical Marijuana Recommendation for?
4) If I don't qualify as a Medical Marijuana patient, do I still have to pay a fee?
5) Will I receive a Medical Marijuana ID Card at no extra charge?
6) What are your hours for verification purposes?
7) How much do you charge for renewals?

Below you will find answers to 7 questions you should ask any doctor:

1) Mediplex, Inc fee is only $119

Read svr04.sitecube.com

start | AdvancedMD:... | MediPlex - M... | Medical Reco... | Inbox - Micro... | PaperPort | Document1 ... | 2:03 PM

MediPlex - Medical Marijuana Clinic. Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me i... | MediPlex - Medica... | Kimkins - Re:My NSV...

MediPlex, Inc

13267 Ventura Blvd • Studio City, CA 91604 • (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

7 Questions You Must Ask

2) Our physicians are fully licensed by CA Medical Board and have over 30 years of experience in the medical field.

3) Our physicians usually issues Medical Marijuana recommendations for up to one year and in some cases for only six month in order
to determine if Medical Marijuana is right for the patient.

4) You will not be charged if our physician does not qualify you as a Medical Marijuana Patient.

5) Yes, you will be issued a credit card size Medical Marijuana ID card that is made of plastic and will provide information for
Medical Marijuana Dispensaries so you wont have to carry your original doctors recommendation letter with you each time you visit
Dispensaries or you need to show your Medical Marijuana ID card in case you got pulled over.

6) We strive on working the longest hours in the industry in order to provide quality service.
We are open from 8am to 10pm 7 days a week.
This means that you will be verified when most other doctor offices or clinics are closed.

Read svr04.sitecube.com

start | AdvancedMD:... | MediPlex - M... | Medical Reco... | Inbox - Micro... | PaperPort | Document1 ... | 2:03 PM

1/3/2008 1:48 PM Angel Deutschendorf

MediPlex - Medical Marijuana Clinic. Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me i... | MediPlex - Medica... | Kimkins - Re:My NSV...

## MediPlex, Inc

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

### 7 Questions You Must Ask

7) Mediplex, Inc renewal fee is only $99

If you have any questions please do not hesitate to call us at:

(818) 789-0420

Read svr04.sitecube.com

start | AdvancedMD... | MediPlex - M... | Medical Reco... | Inbox - Micro... | PaperPort | Document1 - ... | 2:04 PM

MediPlex - Medical Marijuana Clinic. Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me i... | MediPlex - Medica... | Kimkins - Re:My NSV...

## MediPlex, Inc

13267 Ventura Blvd · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

### Medical Marijuana Patient Identification Cards

Mediplex, Inc is proud to offer it's patients a FREE "Medical Marijuana Patient Identification Card".

These plastic cards are made out of the same material as a credit card and can be conveniently stores in your wallet instead of carrying your original "Medical Marijuana Recommendation Letter" with you at all times.

We do not charge our patients any fees for the card whether you loose it or not. The card offers our patients a piece of mind when they are carrying one for the following reasons:




Read svr04.sitecube.com

start | AdvancedMD... | MediPlex - M... | Medical Reco... | Inbox - Micro... | PaperPort | Document1 - ... | 2:05 PM

1/3/2008 1:48 PM Angel Deutschendorf

MediPlex - Medical Marijuana Clinic. Get Legal for only $119 - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.420medicalgroup.com/

Headlines Livehelp Email ACC Verify Offices Gmail ACC CA NORML ASA WebMD Kaiser

Live help admin | Gmail - Inbox (1) - a... | Chicken Cacciatore (... | Kimkins - Re:Kick me i... | MediPlex - Medica... | Kimkins - Re:My NSV ...

**MediPlex, Inc**

13267 Ventura Blvd. · Studio City, CA 91604 · (818) 789-0420

Our Clinic | Legal Info | Patient FAQ's | Patients Beware | Marijuana ID Cards

## Medical Marijuana Patient Identification Cards

whether you loose it or not. The card offers our patients a piece of mind when they are carrying one for the following reasons:

a) Law Enforcement Verifications

b) Medical Marijuana Dispensaries Verifications

c) Work Place Verifications

d) Landlord Verifications

Medical Marijuana Identification Card fits conveniently in your pocket or wallet and is made of high quality with




Read svr04.sitecube.com

Start | AdvancedMD ... | MediPlex - M... | Medical Reco... | Inbox - Micro... | PaperPort ... | Document1 ... | 2:06 PM

EXHIBIT 5

EXEMPLARY SIDE-BY-SIDE COMPARISON OF CURRENT MEDIPLEX WEBSITE CONTENT TO ACC COPYRIGHTED WORK

(8 pages)

SIDE-BY-SIDE COMPARISON OF WEBSITE CONTENT

| ACC SOCAL WEBSITE | MEDIPLEX WEBSITE |
|---|---|
| Q- How do I become a legal patient in California?<br><br>A- Under California law, you must have a recommendation or approval for the medical use of cannabis from a licensed physician. A physician may write a recommendation for any condition for which cannabis provides relief. However, most physicians write recommendations for symptoms associated with AIDS, cancer, glaucoma, multiple sclerosis, chronic pain, and many other serious illnesses.<br><br>Q- Once I am a qualified patient will I receive a card?<br><br>A- Yes, if you qualify you will be issued a voluntary Medical Marijuana Patient Verification Card.<br><br>Q- Do I have to get the Medical Marijuana Patient Verification Card?<br><br>A- No, our card is voluntary. Qualified patients will also receive a written recommendation to act as proof of their medical evaluation.<br><br>Q- What if I change my mind and I decide to come back and get the card at another time?<br><br>A- No problem, the card is designed to serve you. You can come back and get a card made during office hours.<br><br>Q. What are the advantages of getting the Voluntary Medical Marijuana Patient Verification Card?<br><br>A- The advantages are numerous. The | Q- How do I become a legal patient in California?<br><br>A- Under California law, you must have a recommendation or approval for the medical use of cannabis from a licensed physician. A physician may write a recommendation for any condition for which cannabis provides relief. However, most physicians write recommendations for symptoms associated with AIDS, cancer, glaucoma, multiple sclerosis, chronic pain, and many other serious illnesses.<br><br>Q- Once I am a qualified patient will I receive a card?<br><br>A- Yes, if you qualify you will be issued a voluntary Medical Marijuana Patient Verification Card.<br><br>Q- Do I have to get the Medical Marijuana Patient Verification Card?<br><br>A- No, our card is voluntary. Qualified patients will also receive a written recommendation to act as proof of their medical evaluation.<br><br>Q- What if I change my mind and I decide to come back and get the card at another time?<br><br>A- No problem, the card is designed to serve you. You can come back and get a card made during office hours.<br><br>Q. What are the advantages of getting the Voluntary Medical Marijuana Patient Verification Card?<br><br>A- The advantages are numerous. The |

card fits conveniently in your pocket and is made of high quality, super durable plastic that's made to last. The card also contains a unique, ultra patented, anti-forgery system, making this card nearly impossible to duplicate. In some ways the card will make the paper recommendations obsolete. The card will act as photo verification for the card holder. This will let law enforcement or dispensaries know that the patient is a legitimate and legal medical marijuana patient under Prop 215 by HS 11362.5.

Q. Is this the CA State medical marijuana card?

A- No, with the exception of a few cities in Northern California, Los Angeles and Riverside County in Southern California, the state is not currently offering a medical marijuana card. This card was created by **ACC** to simplify the verification process. Now patients have a safe and convenient way to hold their recommendations in their wallet or pocket.

Q- Can I be evaluated at **ACC** if I'm not 18 years old or older?

A- No, you must be at least 18 years or older with valid proof of age and identification in order to qualify.

Q- Once I'm a legal Prop215 medical marijuana patient, what new rights do I have?

A- After obtaining your recommendation, you are legally entitled to grow, possess, consume, and transport cannabis as your medicine. This is only a California state law; the federal government does not

card fits conveniently in your pocket and is made of high quality, super durable plastic that's made to last. The card also contains a unique, ultra patented, anti-forgery system, making this card nearly impossible to duplicate. In some ways the card will make the paper recommendations obsolete. The card will act as photo verification for the card holder. This will let law enforcement or dispensaries know that the patient is a legitimate and legal medical marijuana patient under Prop 215 by HS 11362.5.

Q. Is this the CA State medical marijuana card?

A- No, with the exception of a few cities in Northern California, Los Angeles and Riverside County in Southern California, the state is not currently offering a medical marijuana card. This card was created by **ACC** to simplify the verification process. Now patients have a safe and convenient way to hold their recommendations in their wallet or pocket.

Q- Can I be evaluated at **ACC** if I'm not 18 years old or older?

A- No, you must be at least 18 years or older with valid proof of age and identification in order to qualify.

Q- Once I'm a legal Prop215 medical marijuana patient, what new rights do I have?

A- After obtaining your recommendation, you are legally entitled to grow, possess, consume, and transport cannabis as your medicine. This is only a California state law; the federal government does not

| | |
|---|---|
| recognize medical marijuana.<br><br>Q- I just failed a drug test. If I get a recommendation now, will it help me?<br><br>A- No, a recommendation from a doctor is valid only from the date written; therefore it would not relate to any past court dates or drug tests. A **recomendation** cannot and will not be backdated.<br><br>Q- My job drug tests employees. Can my boss fire me if he finds out that I use cannabis as a legal patient?<br><br>A- At Alternative Care Consultants we recommend that if you have questions regarding job drug testing, you should discuss those concerns with your employer or the Human Resources department. Ultimately, even if you are a legal medical marijuana patient in California, the status of your job after drug testing is up to your employer.<br><br>Q- Once I get my recommendation from a physician what do I do with it?<br><br>A- Keep the original copy of your physician's letter of recommendation in a safe place. You may need it to prove your legal status following any encounter with law enforcement. You may also need it to obtain membership or to enter one of California's many medical cannabis dispensaries. You should carry a photocopy of your recommendation, or patient verification card whenever you carry your medicine.<br><br>Q- If I'm a medical marijuana patient and I failed a drug at work, what should I do? | recognize medical marijuana.<br><br>Q- I just failed a drug test. If I get a recommendation now, will it help me?<br><br>A- No, a recommendation from a doctor is valid only from the date written; therefore it would not relate to any past court dates or drug tests. A **recomendation** cannot and will not be backdated.<br><br>Q- My job drug tests employees. Can my boss fire me if he finds out that I use cannabis as a legal patient?<br><br>A- At 420 Medical Group we recommend that if you have questions regarding job drug testing, you should discuss those concerns with your employer or the Human Resources department. Ultimately, even if you are a legal medical marijuana patient in California, the status of your job after drug testing is up to your employer.<br><br>Q- Once I get my recommendation from a physician what do I do with it?<br><br>A- Keep the original copy of your physician's letter of recommendation in a safe place. You may need it to prove your legal status following any encounter with law enforcement. You may also need it to obtain membership or to enter one of California's many medical cannabis dispensaries. You should carry a photocopy of your recommendation, or patient verification card whenever you carry your medicine.<br><br>Q- If I'm a medical marijuana patient and I failed a drug at work, what should I do? |

EXHIBIT 5

A- Let your employer know that you are a legal patient under Proposition 215 Health and Safety Code 11362.5 and Senate Bill 420. Show him or her a copy of the laws if necessary. This situation is between the patient and the employer. It is up to the employer's discretion whether or not it would affect that patient's employment status. For more information please visit the Americans for Safe Access website at safeaccessnow.org, or the CA NORML chapter at canorml.org. Many patients consult a lawyer for legal advice.

Q- If I get a medical marijuana recommendation will my name be on a state or government list?

A- No, the physician keeps a copy of your records and you receive an original letter of recommendation and a copy. Your records remain safe and confidential with us. Your records can ONLY be released with your written consent. We DO NOT report patients to any state or federal agencies.

Q- How many plants can I grow once I become a medical marijuana patient?

A- The number of plants and quantity of medication you can possess varies from city to city. If your city or county does not have a higher limit, you may possess eight ounces of dried cannabis, six mature plants, or up to twelve immature plants. No city or county may adopt limits lower than these. We recommend that you check (SB420) for your local guidelines.

Q- I've heard that the federal government does not recognize medical marijuana in California, is that true?

A- Let your employer know that you are a legal patient under Proposition 215 Health and Safety Code 11362.5 and Senate Bill 420. Show him or her a copy of the laws if necessary. This situation is between the patient and the employer. It is up to the employer's discretion whether or not it would affect that patient's employment status. For more information please visit the Americans for Safe Access website at safeaccessnow.org, or the CA NORML chapter at canorml.org. Many patients consult a lawyer for legal advice.

Q- If I get a medical marijuana recommendation will my name be on a state or government list?

A- No, the physician keeps a copy of your records and you receive an original letter of recommendation and a copy. Your records remain safe and confidential with us. Your records can ONLY be released with your written consent. We DO NOT report patients to any state or federal agencies.

Q- How many plants can I grow once I become a medical marijuana patient?

A- The number of plants and quantity of medication you can possess varies from city to city. If your city or county does not have a higher limit, you may possess eight ounces of dried cannabis, six mature plants, or up to twelve immature plants. No city or county may adopt limits lower than these. We recommend that you check (SB420) for your local guidelines.

| | |
|---|---|
| A- Yes, what you heard is correct. The federal government does not recognize California's medical cannabis laws. Cannabis possession, cultivation, and use are illegal under federal law – even for qualified patients. The State however does support the use of medical marijuana as an alternative treatment and California's medical cannabis laws remain fully in force and unaffected by this conflict. | |
| Q- Will medical insurance companies cover the cost of my evaluation and the cost of my medicine? | Q- Will medical insurance companies cover the cost of my evaluation and the cost of my medicine? |
| A- Unfortunately, at this time, medical insurance companies will not cover any of your evaluation or your medicine cost. | A- Unfortunately, at this time, medical insurance companies will not cover any of your evaluation or your medicine cost. |
| Q- If I become a legal patient, where and how will I get my Cannabis or medicine? | Q- If I become a legal patient, where and how will I get my Cannabis or medicine? |
| A- Unfortunately, we cannot give out nor discuss any information regarding purchasing cannabis or medicine. | A- Unfortunately, we cannot give out nor discuss any information regarding purchasing cannabis or medicine. |
| Q- I hear that there are a lot of dispensaries around California but I don't know where they are, how do I find them? | Q- I hear that there are a lot of dispensaries around California but I don't know where they are, how do I find them? |
| A- We get this question often, and it's a fair one. However, we cannot give out or discuss or give any information regarding purchasing cannabis or medicine. | A- We get this question often, and it's a fair one. However, we cannot give out or discuss or give any information regarding purchasing cannabis or medicine. |
| Q- What if I've never seen a doctor, but I know that marijuana helps me with my condition? Should I still make an appointment? | Q- What if I've never seen a doctor, but I know that marijuana helps me with my condition? Should I still make an appointment? |

| | |
|---|---|
| A- It is understandable that some patients have no medical history or just can't find their medical records. In this situation the doctor can still conduct the evaluation. Based on the physician's discretion, the physician may give you a temporary recommendation or ask you to fulfill certain requirements before one can be issued to you. If you cannot fulfill the requirements that the doctor requested you may be denied. | A- It is understandable that some patients have no medical history or just can't find their medical records. In this situation the doctor can still conduct the evaluation. Based on the physician's discretion, the physician may give you a temporary recommendation or ask you to fulfill certain requirements before one can be issued to you. If you cannot fulfill the requirements that the doctor requested you may be denied. |
| Q- If I just can't get my paperwork, does that mean I won't be recommended marijuana as my medicine? | Q- If I just can't get my paperwork, does that mean I won't be recommended marijuana as my medicine? |
| A- It is completely up to the doctor to make the determination. A clinic managers or **the the** physician may assist you in getting your medical records to the doctor. The physician may give you a temporary recommendation or ask you to fulfill certain requirements. If you cannot fulfill the requirements that the doctor requested you may be denied. | A- It is completely up to the doctor to make the determination. A clinic managers or **the the** physician may assist you in getting your medical records to the doctor. The physician may give you a temporary recommendation or ask you to fulfill certain requirements. If you cannot fulfill the requirements that the doctor requested you may be denied. |
| Please make every effort to bring some kind of medical documentation to the clinic. This could include X-rays, MRI's, prescriptions, physician letters, medications or any other documentation showing that you have been to a doctor and have been diagnosed with your condition. | Please make every effort to bring some kind of medical documentation to the clinic. This could include X-rays, MRI's, prescriptions, physician letters, medications or any other documentation showing that you have been to a doctor and have been diagnosed with your condition. |
| Q- How do I get my physician to send me my records? | Q- How do I get my physician to send me my records? |
| A – You can follow these easy steps to get your medical records. Contact your physician or hospital where you received treatment. Inform them that you will be requesting your medical | A – You can follow these easy steps to get your medical records. Contact your physician or hospital where you received treatment. Inform them that you will be requesting your medical |

| | |
|---|---|
| records. They will inform you on what steps you need to follow. Typically, you will need to provide your physician with a written authorization to release your records. Ask for your physician's fax number and fax your physician a release of medical records form.<br><br>Q- What if I receive a temporary recommendation will I have to pay again?<br><br>A- No, your initial fee covers one year of service with the physician. So you can come in for a follow up appointment up to one year at no cost to you.<br><br>Q- Does local and state law enforcement recognize medical marijuana and its patients?<br><br>A- To the delight of medical marijuana supporters, the California Highway Patrol has agreed to stop taking cannabis from motorists in routine traffic stops who have a doctor's recommendation. Attorney General Bill Lockyer affirmed that medical marijuana use is sanctioned by California law, despite a recent U.S. Supreme Court ruling. CHP officers were told in an Aug. 22 bulletin of the new policy, which now allows patients traveling on state highways to have as much as 8 ounces of marijuana if they had a certified user identification card or written approval from a physician.<br><br>Q- I'm ready, how do I become a legal medical marijuana patient?<br><br>A- It's easy, if you're ready to make an appointment call 866-420-7215, or press the lets get started button. You can pick a clinic near you, where you | records. They will inform you on what steps you need to follow. Typically, you will need to provide your physician with a written authorization to release your records. Ask for your physician's fax number and fax your physician a release of medical records form.<br><br>Q- What if I receive a temporary recommendation will I have to pay again?<br><br>A- No, your initial fee covers one year of service with the physician. So you can come in for a follow up appointment up to one year at no cost to you.<br><br>Q- Does local and state law enforcement recognize medical marijuana and its patients?<br><br>A- To the delight of medical marijuana supporters, the California Highway Patrol has agreed to stop taking cannabis from motorists in routine traffic stops who have a doctor's recommendation. Attorney General Bill Lockyer affirmed that medical marijuana use is sanctioned by California law, despite a recent U.S. Supreme Court ruling. CHP officers were told in an Aug. 22 bulletin of the new policy, which now allows patients traveling on state highways to have as much as 8 ounces of marijuana if they had a certified user identification card or written approval from a physician.<br><br>Q- I'm ready, how do I become a legal medical marijuana patient?<br><br>A- It's easy, if you're ready to make an appointment call (818) 789-0420 |

| | |
|---|---|
| can be seen by a physician specializing in medical marijuana.<br><br>Q- Are the Alternative Care Consultants clinic managers or their employees the actual doctors?<br><br>A- Although you will be able to be medically evaluated by a CA licensed physician, the employees of ACC and representatives are not physicians and do not practice medicine or dispense any medical advice. The ACC staff is there to support and help physicians administer a clinic. | |
| Q- What is the online verification program that ACC offers? | Q- What is the online verification program that 420 Medical Group offers? |
| A- Patients can now be verified 24 hours a day, 365 days a year using our new secure online patient verification program. This online verification program will allow law enforcement and co-ops to verify a patients' status. The verification system is a quick, convenient and secure way for patients to be verified. | A- Patients can now be verified 24 hours a day, 365 days a year using our new secure online patient verification program. This online verification program will allow law enforcement and co-ops to verify a patients' status. The verification system is a quick, convenient and secure way for patients to be verified. |
| Q- I know that most doctor's offices are not open at night. What happens if my status as a patient needs to be verified after the ACC office closes? | Q- I know that most doctor's offices are not open at night. What happens if my status as a patient needs to be verified after the 420 Medical Group office closes? |
| A- To better service our patients, we offer online patient verification available any time, 365 days a year. Our online patient verification program allows for quick, convenient and secure online patient verifications 24/7.<br><br>If you choose to call or get verified by phone our offices are open until 7pm everyday. | A- To better service our patients, we offer online patient verification available any time, 365 days a year. Our online patient verification program allows for quick, convenient and secure online patient verifications 24/7.<br><br>If you choose to call or get verified by phone our offices are open until 9pm everyday. |

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED 2008 MAY 21 SOUTHERN DISTRICT — BY: DEPUTY

**I. (a) PLAINTIFFS**

Alternative Care Consultants, Inc., a California Corporation

**DEFENDANTS**

Gene Zell, an Individual, 420 Medical Group, Inc., Mediplex, Inc, and Text Game Show, Inc., all California Corporations

(b) County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Los Angeles
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Gary L. Eastman, APLC 619-230-1144
707 Broadway Street, Suite 1800, San Diego, CA 92101

Attorneys (If Known)

'08 CV 0899 BEN WMc

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☒ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**): Title 17, United States Code (The Copyright Act)

Brief description of cause: Copyright Infringement and related Causes of Action

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $**

CHECK YES only if demanded in complaint: **JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE DOCKET NUMBER

DATE: May 20, 2008 SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # 15161 AMOUNT 350. APPLYING IFP JUDGE MAG. JUDGE

5/21/08

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 151161 - SR

May 21, 2008
10:25:34

Civ Fil Non-Pris
USAO #.: 08CV0899 CIV. FIL.
Judge..: ROGER T BENITEZ
Amount.: $350.00 CK
Check#.: PC#2388

Total-> $350.00

FROM: ALTERNATIVE CARE CONSULTANTS
V. ZELL, ET AL
CIVIL FILING

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>08-cv-899 BEN WMc | DATE FILED<br>5/21/2008 | United States District Court, Southern District of California<br>880 Front Street, Room 4290<br>San Diego, CA 92101-8900 |
| PLAINTIFF<br>Alternative Care Consultants, Inc. | | DEFENDANT<br>Gene Zell |

| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
|---|---|---|
| 1 TX 6-831-201 | Alternative Care Consultants Website | Alternative Care Consultants, Inc. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case,a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights Copy 2 - Upon filing of document adding copyrights, mail this copy to Registrer of Copyrights

Copy 3 - Upon termination of action, mail this copy to Registrer of Copyrights Copy 4 - In the event of appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal

Copy 5 - Case file copy