Summons in a Civil Action (Rev 11/97)

# United States District Court

FILED
2008 MAY 21 AM 10: 24
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

## SOUTHERN DISTRICT OF CALIFORNIA

Alternative Care Consultans, Inc., a California Corporation

vs

Gene Zell, an individual; 420 Medical Group, Inc., a California Corporation; Mediplex, Inc., a California Corporation, Text Game Show, Inc., a California Corporation; and Does 1-20 inclusive.

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0899 BEN WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Gary L. Eastman, Esq.
Gary L. Eastman, APLC
707 Broadway Street, Suite 1800
San Diego, California 92101

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

5/21/08
DATE

K. MADDEN

SEAL

By , Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

CR